UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE STRAIN,<br><br>   Plaintiff,<br><br>   v.<br><br>J. BOWYER,<br><br>   Defendant. | No.  2:20-cv-02104-TLN-DB<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding through counsel.  Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 9.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED:

1. The findings and recommendations filed August 17, 2021, (ECF No. 7), are adopted in full;

2. Plaintiff's first amended complaint (ECF No. 7) is dismissed without leave to amend for failure to state a cognizable claim for relief; and

3. The Clerk of the Court is directed to close this case.

Dated:  September 27, 2021

Troy L. Nunley
United States District Judge